

# ~EXPRESS~
# Legal Documents

733 15th Street NW, Suite 700, Washington DC 20005 ~ 202-465-4325 (f) 202-465-4368 ~ www.HunteLegal.org
~ Toll Free 1-877-288-9115 ~

## Certificate of Service

RECIPIENT  _Chris, Beau Childress_

Address Served  _1915 17th St, NW Wash. DC 20009_

Date/Time  _Wed. Aug. 24th, 2005 @ 10:15 pm_

Attempt #  _3_

Legal Courier  _[signature]_

Initials of Recipient  _____

COMMENTS:

_refused to sign, yet served personally at abode._

Document  _Summons + Complaint (case # 1-05CV01292)_

SERVED on Behalf of  _Sharp + Associates_

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/24/05 |
| NAME OF SERVER (PRINT) Rashad Latif | TITLE Legal Courier |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1915 17th St. NW Washington DC 20009 (Chris, Beau Childress)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | $175.00 | $175.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/24/05
Date

Signature of Server

Address of Server:
Express Legal Documents, LLC
733 15th St NW, Suite 700
Washington, DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.