IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROOSEVELT LAND L.P. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRIS CHILDRESS ) <br> ) <br> and ) <br> ) <br> STRONGHEART ENTERPRISES ) <br> ) <br> Defendants. ) | Civil No.: 1:05-cv-01292 (RWR) |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 4th day of May, 2006, that I am an attorney of record for the plaintiff in the above-entitled case; that the defendants, Chris Childress and Strongheart Enterprises, were personally served with process on August 24, 2005.

I further certify under penalty of perjury that no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the attorneys for the plaintiff; no extension has been given and the time for filing has expired; and that the defendants are neither infants nor incompetent persons.

The Clerk is requested to enter a Default against said defendants.

William F. Boyer (D.C. Bar No. 479421)
SHARP & ASSOCIATES
1215 19th Street, NW
Washington, DC 20036
Telephone: (202) 467-4114
Facsimile: (202) 467-1625