IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROOSEVELT LAND L.P.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CHRIS CHILDRESS  )<br>  )<br>and  )<br>  )<br>STRONGHEART ENTERPRISES  )<br>  )<br>    Defendants.  ) | APPEARANCE<br><br>Civil No.: 1:05-cv-01292 (RWR) |

To the Clerk of this court and all parties of record:

Please enter the appearance of William F. Boyer as co-counsel in this case for Roosevelt Land L.P. The undersigned was listed as co-counsel with James E. Sharp on the Complaint, and understood that his appearance was entered by the act of filing the Complaint on June 28, 2005. Upon being informed earlier today, May 4, 2006, by a member of the Clerk's Office that such was not the case, the undersigned has promptly endeavored to correct this inadvertent mistake and is now entering his appearance.

*[signature]*
William F. Boyer (D.C. Bar No. 479421)
SHARP & ASSOCIATES
1215 19th Street, NW
Washington, DC 20036
Telephone: (202) 467-4114
Facsimile: (202) 467-1625

*Counsel for Plaintiff*