UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROOSEVELT LAND LP                    Civil Action No. 05-1292 (RWR)

VS

CHRIS CHILDRESS
STRONGHEART ENTERPRISES

## DEFENDANT'S MOTION TO VACATE DEFAULT

I, Chris Childress, received a notice on May 17, 2006 from the US District Court for the District of Columbia stating that I was in default for failing "to plead or otherwise defend this action though duly served with summons and copy of complaint on August 24, 2006". I did not receive this summons and I never spoke with anyone who was trying to deliver a summons. I was not duly served and consequently I did not have the opportunity to defend myself in this action. Because I was not duly served, I respectfully request that the court vacate this default finding.

_____          05/19/06
Signature                        Date

Chris Childress
1915 17th Street NW
Washington, DC 20009
202-232-0978

## CERTIFICATE OF SERVICE

I, CHRIS CHILDRESS, HAVE MAILED A COPY OF THIS MOTION TO ROOSEVELT LAND LP REPRESENTED BY JAMES E. SHARP OF SHARP & GROVE AT 2020 K STREET, NW, WASHINGTON DC 20006 AND WILLIAM FLINT BOYER OF SHARP & ASSOCIATES AT 1215 19TH STREET NW, WASHINGTON DC 20036 ON MAY 19, 2006.

_____     05/19/06
          Signature                           Date

Chris Childress
1915 17th Street NW
Washington, DC 20009
202-232-0978