

## ~EXPRESS~
## Legal Documents

733 15th Street NW, Suite 700, Washington DC 20005 ~ 202-465-4325 (f) 202-465-4368 ~ www.HunteLegal.org
~ Toll Free 1-877-288-9115 ~

## Certificate of Service

RECIPIENT _Strongheart Enterprises (c/o) Chris Childress_

Address Served _1915 17th St, NW Wash. DC 20009_

Date/Time _Wed. Aug 24th, 2005 @ 10:15pm_

Attempt # _3_

Legal Courier _[signature]_

Initials of Recipient _____

COMMENTS:

_refused to sign, yet served personally at abode._

Document _Summons and Complaint (case #1-05CV01292_

SERVED on Behalf of _Sharp + Associates_

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/24/05 |
| NAME OF SERVER *(PRINT)* Rashad Latif | TITLE Legal Courier |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1915 17th St. NW Washington DC 20009 (Strongheart Enterprises)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | $175.00 | $175.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/24/05
           Date      Signature of Server

Express Legal Documents, LLC
733 15th St. NW Suite 700
Address of Server  Washington DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.