IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROOSEVELT LAND L.P.        )<br>                                                  )<br>           Plaintiff,             )<br>                                                  )<br>       vs.                              )<br>                                                  )<br>CHRIS CHILDRESS           )<br>                                                  )<br>and                                      )<br>                                                  )<br>STRONGHEART ENTERPRISES )<br>                                                  )<br>           Defendants.          ) | Civil No.: 1:05-cv-01292 (RWR) |

### **(DRAFT) ORDER**

THIS MATTER having come before the Court on Defendant Childress' Motion to Vacate Entry of Default and the Plaintiff's Memorandum of Points and Authorities in Opposition thereto, and having considered the pleadings in this case and the applicable law,

IT IS HEREBY ORDERED that Defendant Childress' Motion to Vacate Entry of Default is hereby DENIED.

Done this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

William F. Boyer
SHARP & ASSOCIATES
1215 19th Street, N.W.
Washington, D.C. 20036
*Counsel for Plaintiff*

Chris Childress
1915 17th Street, N.W.
Washington, D.C. 20009
*Defendant*

Strongheart Enterprises
c/o Chris Childress
1915 17th Street, N.W.
Washington, D.C. 20009
*Defendant*