UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ROOSEVELT LAND, LP,            )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 05-1292 (RWR)
                               )
CHRIS CHILDRESS et al.,        )
                               )
        Defendants.            )
_____)
```

**ORDER TO SHOW CAUSE**

The clerk entered default on May 8, 2006 on the basis of two certificates of service signed by Rashad Latif.[1]  The certificates attest that Latif served "Chris, Beau Childress" and "Strongheart Enterprises (c/o) Chris Childress" with "summons and complaint (case # 1-05CV01292)" at 1915 17th Street, NW, Washington D.C., 20009, at 10:15 p.m. on Wednesday, August 24, 2005.  The certificates note that this was the third attempt to serve defendants and carry the notation "refused to sign, yet served personally at abode."  The certificates do not describe the service in any more detail.  For example, they do not indicate the physical appearance or apparent age of the persons Latif took to be "Chris, Beau Childress," the relationship of

---

[1] A typographical error in the clerk's entry of default caused her to re-enter the default, corrected, on May 19, 2006.

- 2 -

Beau Childress to the defendant, or whether either Chris or Beau accepted or refused the summons and complaint.

On May 19, 2006, Childress moved to vacate default, and filed a signed statement that "I did not receive this summons and I never spoke with anyone who was trying to deliver a summons."

Plaintiff is hereby directed to show cause on or before June 20, 2006, in writing by supplemental affidavit why the clerk's entry of default should not be vacated.

SIGNED this 5th day of June, 2006.

                                        _____/s/_____
                                        RICHARD W. ROBERTS
                                        United States District Judge