

# ~EXPRESS~
# Legal Documents

733 15th Street NW, Suite 700, Washington DC 20005 ~ 202-465-4325 (f) 202-465-4368 ~ www.HunteLegal.org
~ Toll Free 1-877-288-9115 ~

## Certificate of Service

RECIPIENT  Chris, Beau Childress

Address Served  1915 17th St, NW Wash. DC 20009

Date/Time  Wed. Aug. 24th, 2005 @ 10:15 pm

Attempt #  3

Legal Courier  _[signature]_

Initials of Recipient

COMMENTS:

refused to sign, yet served personally at abode.

Document  Summons + Complaint (case # 1-05CV01292)

SERVED on Behalf of  Sharp + Associates

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 8/24/05 |
| NAME OF SERVER (PRINT) Rashad Latif | TITLE Legal Courier |

Check one box below to indicate appropriate method of service

- ⊠ Served personally upon the defendant. Place where served: 1915 17th St. NW, Washington DC 20009 (Chris Beau Childress)

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL N/A | SERVICES $175.00 | TOTAL $175.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/24/05

Signature of Server

Address of Server: Express Legal Documents, LLC
733 15th St NW, Suite 700
Washington, DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# ~EXPRESS~
# Legal Documents

733 15th Street NW, Suite 700, Washington DC 20005 ~ 202-465-4325 (f) 202-465-4368 ~ www.HunteLegal.org
~ Toll Free 1-877-288-9115 ~

## Certificate of Service

RECIPIENT *Strongheart Enterprises (c/o) Chris Childres*

Address Served *1915 17th St, NW Wash. DC 20009*

Date/Time *Wed. Aug 24th 2005 @ 10:15pm*

Attempt # *3*

Legal Courier *[signature]*

Initials of Recipient _____

COMMENTS:

*refused to sign, yet served personally at abode.*

Document *Summons and Complaint (case #1-05CV0129)*

SERVED on Behalf of *Sharp + Associates*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 8/24/05 |
| NAME OF SERVER *(PRINT)* Rashad Latif | TITLE | Legal Courier |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1915 17th St. NW, Washington DC 20009 (Strongheart Enterprises)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL N/A | SERVICES $175.00 | TOTAL $175.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/24/05

*Signature of Server*

*Address of Server*
Express Legal Documents, LLC
733 15th St. NW Suite 700
Washington DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.