# EXPRESS Legal Documents, LLC
*The Attorney's Emissary!*



June 9, 2006

## AFFIDAVIT OF SERVICE

I Rashad Latif, in the matter of Roosevelt Land LP v. Childress et al, Case No. 1:05-cv-1292, declare under the penalties of perjury under the law of the United States of America, that the following information is true and correct, to the best of my recollection and comprehension.

On Wednesday, August 24, 2005, at or around the hour of 10:15 pm Eastern Standard Time, I executed service on a Ms. Chris (Beau) Childress, at the exact location of 1915 17th Street, NW, Washington DC 20009. This was my third attempt at Service on Ms. Childress.

My first attempt at Service was on July 25, 2005, at or around the hour of 8:30 pm Eastern Standard Time, at the location of 3715 Porter Street, NW, Washington DC 20016 and I was informed that Ms. Childress no longer resided there.

My second attempt at Service was on August 10, 2005 at or around the hour of 7:00 pm Eastern Standard Time, at the location of 1915 17th Street, NW, Washington DC 20009. I first knocked on the front door of the residence and a gentleman answered the door and informed me that Ms. Childress did indeed reside there, in the basement apartment. He directed me to her door and I knocked on the door several times to no avail. I do believe that Ms. Childress was intentionally evading Service, as I observed lights and a television on and could easily hear movement on the inside. I remained at the location for approximately fifteen (15) minutes and then knocked on the door again, to no avail.

My third attempt at Service was on August 24, 2005, at or around the hour of 9:45 pm Eastern Standard Time, at the location of 1915 17th Street, NW, Washington DC 20009. I knocked on the door and no one answered. I believed that no one was home, as all the lights were off and no apparent sound could be heard coming from the inside. I remained at the location for approximately thirty (30) minutes, in hopes that Ms. Childress would be home shortly.

Ms. Childress did arrive home at approximately 10:15 pm Eastern Standard Time. I approached Ms Childress as she walked to her door, greeted her by name and informed her that I had a Summons and Complaint for her and needed her to sign for it.

*Continued.......*

Page 1

805 Fifteenth Street, NW ~ Suite 100 ~ Washington DC 20005 ~ Office: 202.465.4325 ~ Fax: 202.465.4368
Toll Free: 1.877.288.9115 ~ WWW.HUNTELEGAL.ORG ~ Email: info@HunteLegal.org