# EXPRESS Legal Documents, LLC
*The Attorney's Emissary!*



June 9, 2006

## AFFIDAVIT OF SERVICE

*Continued.......*

Ms. Childress is approximately 5'10" in height, approximately 140lbs in weight, dark hair with a short boyish haircut and approximately 35-40 in age; she was accompanied by a dog and an unidentified woman who can be described as approximately 5'10" in height, approximately 140lbs in weight, blond hair with a short boyish haircut and approximately 35-40 in age. Ms. Childress denied that she was Chris (Beau) Childress, and said she would not sign for anything. The unidentified woman asked me to leave. I informed her that I would leave after I placed the documents in the mailbox. Both Ms. Childress and the unidentified woman watched me place the Summons and the Complaint in the mailbox and then leave.

At the advice of Attorney William Boyer, I viewed the web page located at http://strongheartenterprises.com/aboutus.html, to verify the identity of Ms. Childress. The woman depicted in this picture, which is attached below, is indeed Ms. Chris (Beau) Childress, the subject of the aforementioned Service.



Service of Process in this matter has been successfully executed via personal Service at the abode.

Sworn under oath,

*Rashad Latif*
Rashad Latif
Process Server

Notary Public

*Carla R Senior*
My notary expires
December 2006
6/19/06 5:00 PM

Page 2

805 Fifteenth Street, NW ~ Suite 100 ~ Washington DC 20005 ~ Office: 202.465.4325 ~ Fax: 202.465.4368
Toll Free: 1.877.288.9115 ~ WWW.HUNTELEGAL.ORG ~ Email: info@HunteLegal.org