Chris Beau Childress
1915 17th st
Washington D.C. 20009

March 25, 2005
9:56am

Mr. Sharp,

An update on the job site: the ceiling and HVAC have all been removed. The new HVAC has been installed in it entirety. The new walls and kneewalls have been placed and are 90% complete. New ceiling grid is 90% complete. Electrical demolition has been completed. The demolition of balconies and exploratory holes in the ceiling of the 3rd floor will begin on Monday. New electrical will begin going in per plan received from Mr. Sharp. The installation of drywall and the leveling of floors should be occurring by the end of next week, March, 31, 2005.

   I placed my first draw with Patsy early in the week, and she has since informed me that she was not going to pay me until she had your authorization.
   I have been working on you project for well over a month and this is my first request for a draw.
   The monies that I have received from the initial deposit are meant for the purchase of materials only. Weekly draws are designed to pay labor. I have been using your deposit over the past month not only to purchase materials, but also deposits for the hvac, plumbing, electrical, glass, and granite contractors. Out of these monies I hAve also been paying weekly labor.
   I cannot as a responsible contractor continue to use these monies designated for materials to pay my labor costs. It is time to begin the weekly draws which were designated in your signed contract. I have set this draw at $8200 a week. If you could please see that these monies are made available for draw on a weekly basis, and inform Patsy that the above mentioned draws are legitimate it would greatly increase my ability to complete this project in a timely manner.

   Sincerely,
      Beau Childress
      Strongheart enterprises
      Mobile: 1-202-203-0262
      Fax: 1-202-232-0979