AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ROOSEVELT LAND LP

       Plaintiff(s)    )
                           )    **APPEARANCE**
                           )
              vs.            )    CASE NUMBER   05-1292 (RWR)
CHRIS CHILDRESS, et al.,    )
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Corie M. Thornton  as counsel in this
(Attorney's Name)

case for:  Chris Childress and Strongheart Enterprises, LLC
(Name of party or parties)

August 31, 2006
Date

*[Signature]*
Signature

496392
BAR IDENTIFICATION

Corie M. Thornton
Print Name

2620 P Street, N.W.
Address

Washington, D.C. 20007
City    State    Zip Code

(202) 822-8838
Phone Number