UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ROOSEVELT LAND LP,** ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 05-1292 (RWR) |
| ) | |
| v. ) | |
| ) | |
| **CHRIS CHILDRESS,** *et al*. ) | |
| ) | |
| Defendants. ) | |

**ERRATA SHEET**

(Proposed Order to Accompany Defendants' Motion to Vacate)

Defendants Chris Childress and Strongheart Enterprises respectfully submit this Errata Sheet and accompanying Proposed Order. The attached Proposed Order relates to and is intended to be an attachment to Defendants' Motion to Vacate Entry of Default (docket entry #18).

**Dated:       August 3, 2006**                Respectfully submitted,

**QUAGLIANO & SEEGER, P.C.**

/s/ Corie M. Thornton

Stephen M. Seeger, Bar No.: 431258
Corie M. Thornton Bar No.: 496392
2620 P Street, NW
Washington, DC 20007
Tel.   (202) 822-8838
Fax.   (202) 822-6982
**Counsel for Defendants
Chris Childress and
Strongheart Enterprises**

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing Errata Sheet was served electronically and by first class mail, postage pre-paid on August 3, 2006, upon:

James E. Sharp, Esq.
William Flint Boyer
Sharp & Associates
1215 19th Street, N.W.
Washington, DC 20036

/s/ Corie M. Thornton
_____
Corie M. Thornton