UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **ROOSEVELT LAND LP,** | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 05-1292 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| **CHRIS CHILDRESS,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER VACATING ENTRY OF DEFAULT

This matter is before the Court on Defendants Chris Childress and Strongheart Enterprises ("Defendants") Motion to Vacate Entry of Default, any response thereto and the record herein, and it appearing to the Court that there is good cause shown for the relief requested, it is this _____ day of August, 2006

ORDERED, that the Entry of Default against Defendants dated May 8, 2006, as Corrected on May 19, 2006, be and hereby is vacated; and it is further

ORDERED, that Defendants shall file their responsive pleadings in this matter, within ten (10) days of the date of this Order.


Entered: _____                    _____
                                     United States District Judge


**Copies to:**

James E. Sharp, Esq.
William Flint Boyer, Esq.
SHARP & ASSOCIATES
1215 19th Street, NW

Washington, DC 20036
Tel. (202) 467-1600
**Attorneys for Plaintiff**


Stephen M. Seeger, Esq.
Corie M. Thornton, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, DC 20007
Tel. (202) 822-8838
**Attorneys for Defendants**