# DEFENDANTS' EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROOSEVELT LAND LP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRIS CHILDRESS, *et al.*<br><br>　　　　Defendant. | Civil Action No.<br>05-1292 (RWR) |

### DECLARATION OF CHRIS CHILDRESS

I, Chris Childress, pursuant to 28 U.S.C. §1746, state as follows:

1. I am over the age of eighteen and competent to testify regarding, and have personal knowledge of, the matters set forth herein.

2. I am the President and owner of Strongheart Enterprises, 1915 17th Street, NW, Washington, DC 20009.

3. Until April 14, 2006, I was a sole proprietor "doing business as" Strongheart Enterprises in the District of Columbia.

4. Strongheart Enterprises was not a registered entity in the District of Columbia until April 14, 2006, when Strongheart Enterprises became registered as a Limited Liability Company.

5. On August 24, 2005, I approached my residence at 1915 17th Street, Washington, DC with another individual, Kimberly Richards, and observed two individuals at the door of the second-level apartment, which is located above my residence at 1915 17th Street.

6. I entered my residence without making any verbal or physical contact with the individuals at the second-level apartment.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 28th day of August 2006.

_____
Chris Childress