# DEFENDANTS' EXHIBIT 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROOSEVELT LAND LP, )<br><br>Plaintiff, )<br><br>v. )<br><br>CHRIS CHILDRESS, *et al.* )<br><br>Defendant. ) | Civil Action No.<br>05-1292 (RWR) |

### DECLARATION OF KIMBERLY C. RICHARDS

I, Kimberly C. Richards, pursuant to 28 U.S.C. §1746, state as follows:

1.      I am over the age of eighteen and competent to testify regarding, and have personal knowledge of, the matters set forth herein.

2.      On August 24, 2005, I approached the residence located at 1915 17th Street, NW, Washington, DC with Chris Childress.

3.      As I approached the residence, I observed two individuals standing at the door of the apartment located on the second level of 1915 17th Street, NW, Washington, DC.

4.      The two individuals left the door of the second-level apartment and approached me.

5.      One individual asked me if I was Chris Childress and I replied that I was not Chris Childress.

6.      I did not have any further verbal contact with either of the individuals.

7.      I accepted no documents from either of the individuals.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

AND CORRECT.

Executed on this 28th day of August 2006.

Kimberly C. Richards