UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ROOSEVELT LAND LP,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 05-1292 (RWR) |
| **CHRIS CHILDRESS,** *et al.*, | ) |
| Defendant. | ) |

## PROPOSED SCHEDULING ORDER

Pursuant to Defendant's Local Rule 16.3 Report, it is this _____ day of _____, 2006 hereby:

**ORDERED** that discovery shall be conducted in accordance with the following schedule and guidelines:

(a) Deadline for serving Written Discovery Requests shall be February 14, 2007;

(b) Deadline for Proponent's Rule 26(a)(1) statements and reports shall be December 6, 2006;

(c) Deadline for Opponent's 26(a)(1) statements and reports shall be December 20, 2006;

(d) Deadline for Proponent's Rule 26(a)(2) statements and reports shall be January 20, 2007;

(e) Deadline for Opponent's 26(a)(2) statements and reports shall be February 19, 2007;

(f) All discovery including depositions of experts shall be completed by March 19, 2007;

(g)  Deadline for filing dispositive motions shall be April 20, 2007; and

(h)  Except as otherwise provided herein, discovery shall be conducted in accordance with Federal Rules of Civil Procedure and the Local Rules of this Court.

**FURTHER ORDERED** that the pre-trial conference shall be scheduled for May ___ 2007, or as soon as possible thereafter.

**SO ORDERED.**

_____
Judge,
United States District Court for the District of Columbia

**Copies to:**

James E. Sharp, Esq.
William Flint Boyer, Esq.
SHARP & ASSOCIATES
1215 19th Street, NW
Washington, DC 20036
Tel. (202) 467-1600
**Attorneys for Plaintiff**

Stephen M. Seeger, Esq.
Corie M. Thornton, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, DC 20007
Tel. (202) 822-8838
**Attorneys for Defendants**