**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROOSEVELT LAND L.P.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil No.: 1:05-cv-01292 (RWR)** |
| | ) | |
| **CHRIS CHILDRESS** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **STRONGHEART ENTERPRISES** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S NOTICE OF JOINDER IN PROPOSED RULE 16.3 REPORT**

COMES NOW Plaintiff Roosevelt Land, LP, by and through the undersigned

counsel, pursuant to Local Rule 16.3, and hereby states as follows:

A Proposed Rule 16.3 Report was filed by Defendants on or about November 6,

2006.  Plaintiff joins in and adopts by reference said Report, as has previously been

communicated to counsel for Defendants.

Dated: 13 November 2006

_____/s/_____
William F. Boyer (D.C. Bar No. 479421)
SHARP & ASSOCIATES
1215 19th Street, NW
Washington, DC 20036
Telephone: (202) 467-4114
Facsimile: (202) 467-1625

2

<u>Certificate of Service</u>

I hereby certify that a true and correct cope of the foregoing was served

electronically and via first class mail, postage prepaid, this 13th day of November, 2006,

upon Corie M. Thornton and Stephen M Seeger, Quagliano & Seeger, P.C., 2620 P

Street, NW, Washington, DC 20007.

_____/s/_____
William F. Boyer