## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROOSEVELT LAND L.P.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil No.: 1:05-cv-01292 (RWR)** |
| | ) | |
| **CHRIS CHILDRESS** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **STRONGHEART ENTERPRISES** | ) | |
| | ) | |
| **Defendants.** | ) | |

### CONSENT NOTICE

Plaintiff Roosevelt Land L.P., by and through the undersigned counsel, hereby files this Consent Notice specifying the following altered deadlines, to which all parties consent:

| | |
|---|---|
| Initial Disclosures | February 2, 2007 |
| Joinder of Parties; Amended Complaint | February 19, 2007 |
| Proponent's Expert Witness Designations | March 6, 2007 |
| Opponent's Expert Witness Designations | April 4, 2007 |

Defendants, through counsel, consent to these altered deadlines and the filing of this Consent Notice.

Dated: 19 January 2007

_____/s/_____
William F. Boyer (D.C. Bar No. 479421)
SHARP & ASSOCIATES
1215 19th Street, NW
Washington, DC 20036
Telephone: (202) 467-4114
Facsimile: (202) 467-1625

<u>Certificate of Service</u>

I hereby certify that a true and correct cope of the foregoing was served via first class mail, postage prepaid, this 19th day of January, 2007, upon Corie M. Thornton and Stephen M Seeger, Quagliano & Seeger, P.C., 2620 P Street, NW, Washington, DC 20007.

_____/s/_____
William F. Boyer