IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROOSEVELT LAND L.P.              )<br>                                                     )<br>           Plaintiff,                          )<br>                                                     )<br>      vs.                                       )<br>                                                     )<br>CHRIS CHILDRESS                   )<br>                                                     )<br>and                                              )<br>                                                     )<br>STRONGHEART ENTERPRISES  )<br>                                                     )<br>           Defendants.                    ) | Civil No.: 1:05-cv-01292 (RWR) |

## CONSENT MOTION TO EXTEND DISCOVERY AND RELATED DEADLINES

Plaintiff Roosevelt Land L.P., by and through the undersigned counsel, hereby respectfully files this Consent Motion to extend discovery and related deadlines and in support thereof states as follows:

The parties continue to endeavor to resolve this dispute amicably, thereby conserving both the Court's resources and the parties' resources. In conjunction therewith, the parties request that the Court extend discovery and related deadlines. The parties respectfully propose the following revised deadlines, to which all parties have agreed:

| | |
|---|---|
| Joinder of Parties; Amended Complaint | April 5, 2007 |
| Proponent's Expert Witness Designations | April 20, 2007 |
| Opponent's Expert Witness Designations | May 21, 2007 |
| All Discovery Closed | June 18, 2007 |
| Post-discovery Status Conference | June 25, 2007 |
| Dispositive motions | July 23, 2007 |

Defendants, through counsel, consent to these altered deadlines and the filing of this Consent Motion.

Dated: 27 March 2007

_____/s/_____
William F. Boyer (D.C. Bar No. 479421)
SHARP & ASSOCIATES
1215 19th Street, NW
Washington, DC 20036
Telephone: (202) 467-4114
Facsimile: (202) 467-1625

Certificate of Service

I hereby certify that a true and correct cope of the foregoing was served via first class mail, postage prepaid, this 27th day of March, 2007, upon Corie M. Thornton and Stephen M Seeger, Quagliano & Seeger, P.C., 2620 P Street, NW, Washington, DC 20007.

_____/s/_____
William F. Boyer