UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROOSEVELT LAND LP, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) | 05-1292 (RWR) |
| CHRIS CHILDRESS, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## ENTRY OF APPEARANCE

Stephen W. Grafman, whose address and other contact information are set forth below, enters his appearance pursuant to LCvR 83.6 as counsel for the plaintiff herein Roosevelt Land, LP ("Roosevelt"). James E. Sharp and William Flint Boyer, present counsel of record for Roosevelt believe it appropriate that they not continue to serve as counsel since one or both might be witnesses in this case. In addition, Mr. Boyer is withdrawing from the firm. No trial date has been set and as represented by the undersigned counsel as an office of this Court, this change of counsel is with express knowledge and consent of Plaintiff Roosevelt.

Sharp & Associates

_____/s/_____
Stephen W. Grafman (32912)
1215 19th Street, NW
Washington, DC  200036
(202) 467-1609
(202) 467-1625 (Fax)
sgrafman@sharp-assoc.com

Counsel for Plaintiff

Certificate of Service

      I certify that the foregoing "Entry of Appearance" was served the _5th_ day of May 2007 electronically through the court and also by first class mail, postage pre-paid to:

> Mr. Stephen W. Seeger, Esq.
> Ms. Corie M. Thornton, Esq.
> Quagliano & Seeger, P.C.
> 21355 Ridgetop Circle, Suit 110
> Dulles, Virginia  20166

_____/s/_____
Stephen W. Grafman