UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROOSEVELT LAND LP, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>CHRIS CHILDRESS, *et al.*, )<br>)<br>  Defendants. )<br>) | Civil Action No.: 05-1292 (RWR) |

### JOINT MOTION FOR REFERRAL TO MEDIATION

Plaintiff Roosevelt Land LP and Defendants Chris Childress and Strongheart Enterprises (collectively the "parties"), by their respective undersigned counsel, and pursuant to Local Rule 84.4, *et. seq.*, respectfully request that this Court refer the parties to mediation and, in support thereof state:

1. The parties have agreed to make a good faith effort to negotiate a resolution of this matter.

2. The parties agree that a mediator through the Office of the Circuit Executive for the United States Courts for the District of Columbia Circuit would assist the parties in resolving this matter.

WHEREFORE, Plaintiff Roosevelt Land LP and Defendants Chris Childress and Strongheart Enterprises jointly request that this Court grant their motion and refer the parties to mediation.

Dated: May 16, 2007                                  Respectfully submitted,

                                                                  **/s/ Stephen Grafman**
                                                                  _____
                                                                  Stephen Grafman, Bar No.: 32912

Sharp & Associates
1215 19th Street, N.W.
Washington, DC 20036
Tel. (202) 467-4114
Fax. (202) 467-1625
e-mail:  sgrafman@sharp-assoc.com
**Counsel for Plaintiff**

**/s/ Corie M. Thornton**

_____
Stephen M. Seeger, Bar No.:  431258
Corie M. Thornton, Bar No.: 496392
2620 P Street, NW
Washington, DC 20007
Tel. (202) 822-8838
Fax. (202) 822-6982
e-mail: thornton@quagseeg.com
**Counsel for Defendants**