UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROOSEVELT LAND LP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-1292 (RWR) |
| v. ) | |
| ) | |
| **CHRIS CHILDRESS**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF REFERENCE TO MEDIATION**

In accordance with Local Rule 84.4(a) and (b), and pursuant to the consent motion of Plaintiff Roosevelt Land LP and Defendants Chris Childress and Strongheart Enterprises, this case is referred to the Office of the Circuit Executive for the United States for the District of Columbia Circuit for mediation.

SIGNED this _____ day of _____, 2007.

_____
RICHARD W. ROBERTS
United States District Judge