UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROOSEVELT LAND LP,**        )<br>                                                   )<br>        Plaintiff,                       )<br>                                                   )<br>v.                                              )<br>                                                   )<br>**CHRIS CHILDRESS,** *et al.*      )<br>                                                   )<br>        Defendants.                 )<br>                                                   )<br>                                                   ) | Civil Action No.<br>05-1292 (RWR) |

PLAINTIFFS MOTION FOR EXTENSION OF
TIME TO COMPLETE DISCOVERY

Roosevelt Land LLP, plaintiff herein, for the reasons set forth in the accompanying memorandum, respectively request the Court extend the discovery period in this case from the present close of discovery set for June 18, 2007 for a 30 day period until July 18, 2007, and set the status call now set for June 29, 2007 to a date satisfactory to the Court at any time after the close of discovery.

SHARP & ASSOCIATES

_____/s/_____
Stephen W. Grafman (32912)
1215 19th Street, NW
Washington, DC  200036
(202) 467-1609
(202) 467-1625 (Fax)
sgrafman@sharp-assoc.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROOSEVELT LAND LP,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CHRIS CHILDRESS,** *et al.* )<br>)<br>Defendants. )<br>)<br>) | Civil Action No.<br>05-1292 (RWR) |

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION EXTEND DISCOVERY

Roosevelt Land LP ("Plaintiff") hereby submits this memorandum in support of its motion to extend discovery for a 30 day period from June 18, 2007 to July 18, 2007 and to reset the post discovery status call to a date satisfactory to the Court at any time thereafter.  In support of this motion, counsel for Plaintiff represents the following for consideration.

(1)   William F. Boyer was the attorney of record for Plaintiff and the one who had responsibility for this case, which he had been in charge of from inception.

(2)   Mr. Boyer recently withdrew from this firm, and the undersigned counsel Stephen W. Grafman has been substituted in his stead. Mr. Grafman had no prior involvement with the case, and only but recently entered his appearance on Friday afternoon, May 4, 2007 when Mr. Boyer was no longer available to Plaintiff.  Mr. Grafman has worked diligently since that time to "catch up" but has been hampered in addition by the fact that various individuals with specific knowledge

of the factual circumstances at issue have not been available to him at the present time; and thus presently he lacks the ability presently to respond to various discovery matters, one of which was received as recently as this morning. There is no intent whatsoever to delay.

(3) Defendants will in no way be prejudiced by this brief extension. No trial date has been set, and this brief extension should not cause a delay of trial. Moreover, the parties through counsel have recently discussed and have now agreed to submit this matter to mediation at the earliest possible time. There is the very real possibility that this matter can in fact be resolved in that fashion.

(4) Counsel for Defendants has indicated that she has no objection to this requested extension of time.

WHEREFORE, for the reason set forth herein, and for such further reasons as to the Court may deem appropriate, Plaintiff prays that the Court extend discovery for a 30 day period until July 18, 2007 and that the Court set a post discovery status call for any date thereafter that is agreeable to the Court.

Respectfully submitted,

SHARP & ASSOCIATES

_____/s/_____
Stephen W. Grafman (32912)
1215 19th Street, NW
Washington, DC  200036
(202) 467-1609
(202) 467-1625 (Fax)
sgrafman@sharp-assoc.com

*Counsel for Plaintiff*