UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROOSEVELT LAND LP,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CHRIS CHILDRESS,** *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No.<br>05-1292 (RWR) |

ORDER

Upon consideration of the motion and supporting memorandum of plaint Roosevelt Land LP to extend the discovery period in the instant case for a 30 day period from June 18, 2007 to July 18, 2007 and to reset the post discovery status call to a date there after, it is this _____ day of May 2007

ORDERED that the discovery closing date in this case is extended until July 18, 2007, and the post discovery status call is rescheduled to _____, 2007 at _____am/pm

_____
United States District Judge

Copies to:

Stephen W. Grafman
1215 19th Street, NW
Washington, DC  200036
*Counsel for Plaintiff*

and

Corie M. Thornton, Esq.
Quagliano & Seeger, P.C.
21355 Ridgetop Circle, Suit 110
Dulles, Virginia  20166
*Counsel for Defendants*