CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion and Memorandum for Extension of Time To Complete Discovery was served electronically and by First Class Mail, postage prepaid on this __16th_ day of May 2007 to Corie M. Thorton at:

Quagliano & Seeger, P.C.
21355 Ridgetop Circle, Suit 110
Dulles, Virginia  20166

                                                                  _____/s/_____
                                                                  Stephen W. Grafman