UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ROOSEVELT LAND, LP,            )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 05-1292 (RWR)
                               )
CHRIS CHILDRESS et al.,        )
                               )
        Defendants.            )
_____)
```

**ORDER**

The Circuit Executive's office has reported that the parties have reached a settlement. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 28th day of June, 2007.

```
                          _____/s/_____
                          RICHARD W. ROBERTS
                          United States District Judge
```